UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

--------------------------------------------------------x

JASON LENZ,                                    :

               Plaintiff,          :          CASE NO.: 2:25-cv-00801

                                 :          Judge: Hon. Sarah S. Vance

vs.                                            :
                                 :          Magistrate: Hon. Eva J. Dossier

                                 :

500 WESTIN OAKS L.L.C.                         :

                                 :

               Defendants.         :

--------------------------------------------------------x

## **NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY DISMISSAL ORDER**

NOW INTO COURT comes Plaintiff, Jason Lenz, through undersigned counsel, who represents that all parties have reached an agreement upon settlement terms in the above-captioned matter. The parties request that the Court enter a sixty (60) day order of dismissal cancelling any currently pending deadlines and conferences, with the right of any party to reinstate the action within sixty (60) days if the settlement is not consummated.

Dated, this the 22nd day of August, 2025.

Respectfully Submitted,

BIZER & DEREUS, LLC

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DEREUS (LA # 35105)
EVA M. KALIKOFF (LA # 39932)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
       gdereus@bizerlaw.com
       eva@bizerlaw.com

---

### **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 22, 2025, by ECF filing.

By:/s/ Andrew D. Bizer
**ANDREW D. BIZER**