UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

--------------------------------------------------------x

JASON LENZ,                      :

                            :        CASE NO.: 2:25-cv-00801

        Plaintiff,       :

                            :        Judge: Hon. Sarah S. Vance

vs.                          :

                            :        Magistrate: Hon. Eva J. Dossier

                            :

500 WESTIN OAKS L.L.C.    :

                            :

        Defendants.     :

--------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED,** without prejudice to the right of any party to reinstate the action within 60 days if the settlement is not consummated.

NEW ORLEANS, LOUISIANA, this  25th  day of  August  , 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE