UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
JASON LENZ,                                  :
                                             :    CASE NO.: 2:25-cv-00801
       Plaintiff,                        :
                                             :    Judge: Hon. Sarah S. Vance
vs.                                          :
                                             :    Magistrate: Hon. Eva J. Dossier
                                             :
500 WESTIN OAKS L.L.C.                       :
                                             :
       Defendants.                       :
---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to any party against any other.

Respectfully Submitted, this 17$^h$ day of September, 2025.

| | |
|---|---|
| By:/s/ Andrew D. Bizer | By:/s/ Michael B. Taylor |
| **ANDREW D. BIZER** | **MICHAEL B. TAYLOR** |
| | |
| **BIZER & DEREUS, LLC** | **JACKSON LEWIS P.C.** |
| Andrew D. Bizer, Bar No. 30396 | MICHAEL B. TAYLOR (LA #39081) |
| Garret S. DeReus, Bar No. 35105 | MICHAEL.TYLOR@JACKSONLEWIS.COM |
| Eva M. Kalikoff, Bar No. 39932 | NICHOLAS M. COTTEN (LA #41200) |
| 3319 St. Claude Avenue | NICHOLAS.COTTEN@JACKSONLEWIS.COM |
| New Orleans, Louisiana 70112 | 601 POYDRAS STREET |
| Telephone:   (504) 619-9999 | SUITE 1400 |
| Facsimile:   (504) 948-9996 | NEW ORLEANS, LOUISIANA 70130 |
| Email:   andrew@bizerlaw.com | TELEPHONE: (504) 208-1755 |
|     gdereus@bizerlaw.com | FACSIMILE: (504) 208-1759 |
|     eva@bizerlaw.com | *Counsel for Defendant 500 Westin Oaks LLC* |
| *Counsel for Plaintiff Jason Lenz* | |